IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER,<br><br>                Plaintiff,<br><br>vs.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>                Defendants. | CV 20-95-BLG-SPW<br><br>ORDER |

Plaintiff Kim Potter moves for the admission of Dana Lizik to practice before the Court in the above captioned matter with Ben T. Sather of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Kim Potter's motion to admit Dana Lizik to appear *pro hac vice* (Doc. 3) is GRANTED and she is authorized to appear as counsel with Ben T. Sather pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 7th day of July, 2020.

                                                    /s/ Susan P. Watters
                                                    SUSAN P. WATTERS
                                                    United States District Judge