IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER, | CV 20-95-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ETHICON, INC., *et al.*, | |
| Defendants. | |

Defendants Ethicon, Inc. and Johnson & Johnson move for the admission of Pamela L. Ferrell to practice before the Court in the above captioned matter with Maxon R. Davis of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendants Ethicon, Inc. and Johnson & Johnson's motion to admit Pamela L. Ferrell to appear *pro hac vice* (Doc. 10) is GRANTED and she is authorized to appear as counsel with Maxon R. Davis pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 27th day of August, 2020.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge