IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ETHICON, INC., *et al.*,<br><br>　　　　　Defendants. | CV 20-95-BLG-SPW<br><br><br>ORDER |

Plaintiff Kim Potter moves for the admission of Allison Whitten to practice before the Court in the above captioned matter with Ben T. Sather of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff Kim Potter's motion to admit Allison Whitten to appear *pro hac vice* (Doc. 26) is GRANTED and she is authorized to appear as counsel with Ben T. Sather pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 30th day of December, 2020.

　　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　United States District Judge