IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER,<br><br>    Plaintiff,<br><br>vs.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>    Defendants. | CV 20-95-BLG-SPW<br><br>ORDER |

Defendants move for the admission of Anita Modak-Truran to practice before the Court in the above captioned matter with Maxon R. Davis of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendants' motion to admit Anita Modak-Truran to appear *pro hac vice* (Doc. 30) is GRANTED and she is authorized to appear as counsel with Maxon R. Davis pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 18th day of February, 2021.

SUSAN P. WATTERS
United States District Judge

1