IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>　　　　　　Defendants. | CV 20-95-BLG-SPW<br><br>ORDER |

Defendants move for the admission of Ken Conour to practice before the Court in the above captioned matter with Maxon R. Davis of Great Falls, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Defendants' motion to admit Ken Conour to appear *pro hac vice* (Doc. 39) is GRANTED and he is authorized to appear as counsel with Maxon R. Davis pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 13th day of May, 2021.

　　　　　　　　　　　　　　　　　　　Susan P. Watters
　　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　　United States District Judge

1