UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIM POTTER,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ETHICON, INC. and<br>JOHNSON & JOHNSON,<br><br>　　　　　Defendants. | No. CV 20-95-BLG-SPW<br><br>ORDER OF<br>DISMISSAL WITH<br>PREJUDICE |

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 42), and for good cause appearing,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each of the parties to bear her or its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for Tuesday, November 9, 2021 at 1:30 p.m. and the Trial set for Monday, January 10, 2022 at 9:00 a.m. are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of October, 2021.

SUSAN P. WATTERS
United States District Judge